UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SEAN READ,

                            Plaintiff,

-against-

ATLANTIC RECOVERY SOLUTIONS, LLC, et al.

                           Defendants.
-------------------------------------------------------------X

23 Civ. 4569 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      The Order to Show Cause Hearing scheduled for November 29, 2023, is adjourned to **December 6, 2023, at 4:30 P.M.** At that time, the parties shall call 888-363-4749 and enter the access code 558-3333. By **November 29, 2023**, Plaintiff shall serve a copy of this Order upon Defendants and file proof of service on the docket. So Ordered.

Dated: November 27, 2023
       New York, New York

                                                   LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE