UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                    :

SEAN READ,                               :

                      Plaintiff,   :

                               :         23 Civ. 4569 (LGS)

           -against-           :

                               :         <u>ORDER</u>

ATLANTIC RECOVERY SOLUTIONS, LLC, et :
al.                                 :

                   Defendants. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on August 11, 2023, Plaintiff filed his First Amended Complaint;

      WHEREAS, on August 31, 2023, Plaintiff served Defendants with his First Amended

Complaint;

      WHEREAS, in October 2023, Plaintiff filed his default judgment papers;

      WHEREAS, the Amended Complaint does not sufficiently allege violations of 15 U.S.C.

§§ 1692d, 1692e, 1692e(10), 1692f, 1692f(1) and N.Y. Gen. Bus. Law § 349 (Counts 4-8 and

Count 10).  It is hereby

      **ORDERED** that the Order to Show Cause Hearing scheduled for December 6, 2023, is

**CANCELED**.  It is further

      **ORDERED** that, by **January 5, 2024**, Plaintiff shall either file any Second Amended

Complaint, with an attachment showing changes from the First Amended Complaint, or state that

he wishes to proceed with his motion for default judgment on the First Amended Complaint.

Dated:  December 4, 2023
       New York, New York

                                              LORNA G. SCHOFIELD
                                       **UNITED STATES DISTRICT JUDGE**