UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SEAN READ,

                      Plaintiff,

-against-

ATLANTIC RECOVERY SOLUTIONS, LLC, et al.,

                      Defendants.
-------------------------------------------------------------X

23 Civ. 4569 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 4, 2023, the Order to Show Cause Hearing was canceled because the Amended Complaint does not sufficiently allege violations of 15 U.S.C. §§ 1692d, 1692e, 1692e(10), 1692f, 1692f(1) and N.Y. Gen. Bus. Law § 349 (Counts 4-8 and Count 10);

WHEREAS, by January 5, 2024, Plaintiff was directed to either file any Second Amended Complaint, with an attachment showing changes from the First Amended Complaint, or state that he wishes to proceed with his motion for default judgment on the First Amended Complaint;

WHEREAS, no such filing was submitted. It is hereby

**ORDERED** that Plaintiff shall submit such a filing by **January 26, 2024**.

Dated: January 18, 2024
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**