UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                        :

SEAN READ,                              :

                       Plaintiff,    :              23 Civ. 4569 (LGS)

                         :

           -against-          :

                       :              <u>ORDER</u>

ATLANTIC RECOVERY SOLUTIONS, LLC, et :
al.,                               :

                  Defendants. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on December 4, 2023, the Order to Show Cause Hearing was canceled because the Amended Complaint does not sufficiently allege violations of 15 U.S.C. §§ 1692d, 1692e, 1692e(10), 1692f, 1692f(1) and N.Y. Gen. Bus. Law § 349 (Counts 4-8 and Count 10);

      WHEREAS, on January 23, 2024, Plaintiff filed a Second Amended Complaint;

      WHEREAS, no affidavit of service has been filed.  It is hereby

      **ORDERED** that, by **February 27, 2024**, Plaintiff shall submit affidavits of service upon Defendants.  It is further

      **ORDERED** that, by **February 27, 2024**, Plaintiff shall submit a redline showing the changes between the First Amended Complaint and the Second Amended Complaint.

Dated: February 21, 2024
     New York, New York

                               LORNA G. SCHOFIELD
                           UNITED STATES DISTRICT JUDGE