UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SEAN READ,

                    Plaintiff,

-against-

ATLANTIC RECOVERY SOLUTIONS, LLC, et al.,

                    Defendants.
-------------------------------------------------------------X

23 Civ. 4569 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on December 4, 2023, the Order to Show Cause Hearing was canceled because the Amended Complaint does not sufficiently allege violations of 15 U.S.C. §§ 1692d, 1692e, 1692e(10), 1692f, 1692f(1) and N.Y. Gen. Bus. Law § 349 (Counts 4-8 and Count 10);

    WHEREAS, on January 23, 2024, Plaintiff filed a Second Amended Complaint;

    WHEREAS, on February 26, 2024, Plaintiff served Defendants;

    WHEREAS, Defendants have failed to file their answers to the Second Amended Complaint, which were due March 18, 2024.  It is hereby

    **ORDERED** that, by **April 12, 2024**, Plaintiff shall file his default judgment papers.

Dated: April 1, 2024
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE