> Application **GRANTED**. The telephonic Order to Show Cause Hearing scheduled for May 22, 2024, is adjourned to **May 29, 2024, at 4:30 P.M.** At that time, the parties shall call 888-363-4749 and enter the access code 558-3333. Plaintiff shall serve a copy of this Order upon Defendants and file proof of such service by **May 22, 2024**.
>
> Dated: May 21, 2024
>        New York, New York
>
> _____
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

May 20, 2024

<u>Via ECF</u>

Hon. Lorna G. Schofield, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        **Re: <u>Case No.: 1:23-cv-04569-LGS</u>**
        <u>Read v. Atlantic Recovery Solutions LLC, et al.</u>
        <u>Southern District of New York</u>

Dear Hon. Schofield,

As the court is aware, the undersigned is counsel of record for the Plaintiff in the above referenced matter.

Please allow this letter to serve as Plaintiff's request for an adjournment of the Order to Show Cause hearing currently scheduled for May 22, 2024 at 4:30pm.

Plaintiff requests this adjournment because of scheduling conflicts. Counsel of record for the Plaintiff is engaged in a final fact finding hearing in the matter of *Baiteliyeva v. Discover Bank,* AAA Case No. 01-22-0002-6356 at the same date and time as the telephonic conference in this matter.

Please be advised that this is not a frivolous request as the Plaintiff has demonstrated his willingness to resolving this matter.

The adjournment is not sought for reasons of delay or other improper purpose. I have notified Defendants of our intention to request the adjournment. I am available in the afternoon of May 29, 2024 and May 31, 2024 and the morning of June 3, 2024.

Consequently, Plaintiff requests that the Order to Show Cause hearing be adjourned.

We thank the court for its courtesy in this matter.

Respectfully submitted,

<u>s/ Abel L. Pierre</u>
Abel L. Pierre, Esq.
*Counsel for Plaintiff*

[1]